# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 279 |
| | : | |
| REAPPOINTMENTS TO THE | : | APPELLATE PROCEDURAL RULES |
| APPELLATE COURT PROCEDURAL | : | DOCKET |
| RULES COMMITTEE | : | |

## <u>ORDER</u>

**PER CURIAM**

**AND NOW**, this 12th day of March, 2019, the following are reappointed as members of the Appellate Court Procedural Rules Committee for a term of three years, commencing June 30, 2019.

The Honorable Mary Jane Bowes
Allegheny County

The Honorable Dale M. Fouse
Beaver County

The Honorable Patricia A. McCullough
Allegheny County